IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN P. PONDER
ADC #76977                                                                                              PLAINTIFF

V.                                          5:06CV00134 SWW/HDY

LEROY BROWNLEE, Arkansas Post-Prison Transfer Board;
LARRY ZENO, Arkansas Post-Prison Transfer Board; WILLIAM
WALKER, Arkansas Post-Prison Transfer Board; JOHN FELTS,
Arkansas Post-Prison Transfer Board; CAROLYN ROBINSON,
Arkansas Post-Prison Transfer Board; JOHN BELKEN,
Arkansas Post-Prison Transfer Board; ERMA HENDRIX,
Arkansas Post-Prison Transfer Board; and MICHAEL D.
HUCKABEE, Governor, State of Arkansas                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of June 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE