IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN P. PONDER
ADC #76977                                                                                             PLAINTIFF

V.                                           5:06CV00134 SWW

BROWNLEE *et al.*                                                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.       IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Amend (docket entry #27) is DENIED AS MOOT, and the Clerk of the Court shall substitute as Defendants Lynn Story, Richard Mays and Abraham Carpenter for Defendants Zeno, Walker, and Hendrix, respectively; and

2. Defendants' Motion to Dismiss (docket entry #30) is GRANTED, and Plaintiff's claims DISMISSED WITHOUT PREJUDICE to his right to re-file if and when his claims are ripe and he has sustained an injury.

DATED this 1st day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE